Bryan Robinson
#617570
4000 Hwy 86 West
Talia, Tx. 79088

Capitol Station
Texas Court of Criminal Appeal
P.O. Box 12308
Austin, Tx. 78711

RE: Petition for Discretionary Review No. 05-13-00875-CR

Dear Court of Criminal Appeal,

I'm writing in regard to my petition for discretionary review under No. 05-13-00875-CR It was filed on August 27, 2014. I have not gotten any answer in the above mention. If the court have made any ruling could you please inform me.

Thanks for your assistance in the above mentioned matter.

Sincerely,
Bryan Robinson

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 02 2015
Abel Acosta, Clerk